UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 MAY 30 PM 3: 50

CLERK US ...
SOUTHERN DISTRICT ...

BY_____ DEPUTY

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>ALPINE COUNTRY COTTAGES; GWEONDOLYN BOND d.b.a. ALPINE COUNTRY COTTAGES; ALPINE FEED AND SUPPLY; TINA M. WOOLEY PICARELLI d.b.a. ALPINE FEED AND SUPPLY; GWENDOLYN BOND TRUST (MARRIED WOMAN AS SEPARATE PROPERTY); and DOES 1 through 10, Inclusive,<br><br>                    Defendant. | CASE NO. 06CV1914-L(RBB)<br><br><br><br><br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

    The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

    IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendant(s) ALPINE COUNTRY COTTAGES; GWEONDOLYN BOND d.b.a. ALPINE COUNTRY COTTAGES; ALPINE FEED AND SUPPLY; TINA M. WOOLEY

PICARELLI d.b.a. ALPINE FEED AND SUPPLY; GWENDOLYN BOND TRUST (MARRIED WOMAN AS SEPARATE PROPERTY); and DOES 1 through 10, Inclusive, (w~~ith~~)(without) prejudice, for want of prosecution.

DATED: 5/29/07

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

ENTERED ON _____